UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMASCUS LORD SEYMOUR MENEFEE,

        Petitioner,

v.

CLARK COUNTY SHERIFF,

        Respondent.

CASE NO. 3:25-cv-05616-JNW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is dismissed with prejudice.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 21st day of November 2025.

JAMAL N. WHITEHEAD
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1